■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTILIA RODRIGUEZ, Appellant.—Motion to dismiss appeal granted on the ground that appellant is not presently available to obey the mandate of this court in the event of an affirmance *(People v Williams,* 52 AD2d 560). Concur—Kupferman, J. P., Birns, Lane and Markewich, JJ.

■ HELENA A. WOOD, Respondent, v WALTER A. WOOD, Appellant.—Motion for a stay denied as academic. (See *DFI Communications v Greenberg,* 41 NY2d 1017; CPLR 5519, subd [e]). The stay, dated January 10, 1978, affixed to the notice of motion, is vacated. Concur—Lupiano, J. P., Evans, Lane and Markewich, JJ.

### (January 24, 1978)

■ MARTROPICO COMPANIA NAVIERA S.A., Appellant, v PERUSAHAAN PERTAMBANGAN MINYAK DAN GAS BUMI NEGARA (PERTAMINA), Respondent. —Appeals from two orders of the Supreme Court, New York County, entered on February 2, 1977 and April 28, 1977, respectively, withdrawn. Concur—Murphy, P. J., Lupiano, Birns and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST GOODY, Appellant.—Judgment, Supreme Court, New York County, rendered on January 8, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Birns, J. P., Evans, Lane and Markewich, JJ.

■ NEW YORK CITY HOUSING AUTHORITY, Respondent-Appellant, v EDITH MILLER et al., as Judges of the Family Court of the State of New York, Appellants-Respondents, and BARBARA AUSTIN et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 25, 1977, unanimously affirmed on the opinion of Fein, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Markewich, JJ. [89 Misc 2d 141.]

■ MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v SOLOMON HAYDEN, Appellant.—Order, Supreme Court, New York County, entered on September 10, 1976, unanimously affirmed on the opinion of Fraiman, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Evans, Lane and Markewich, JJ. [87 Misc 2d 1039.]